UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLIFFORD WILLIAMS (#123285)                        CIVIL ACTION

VERSUS

CHARLENE HAYDEL, ET AL.                            NO. 07-0062-C-M3

### ORDER

This matter comes before the Court on the plaintiff's Request for Preliminary Injunction, rec.doc.no. 99.

The pro se plaintiff, an inmate previously confined at Elayn Hunt Correctional Center ("EHCC"), St. Gabriel, Louisiana, brought this action pursuant to 42 U.S.C. § 1983 against Charlene Haydel, Jonna Nickens, Lora Rodriguez and Donald Johnson, complaining that the defendants had violated his constitutional rights through deliberate indifference to his serious medical needs. Specifically, he contended that, although he was allergic to many foods, the defendants had not taken proper precautions to ensure that his diet was responsive to his medical needs.

In the plaintiff's motion for preliminary injunctive relief, filed prior to his apparent release from confinement, he asserted that prison officials had continued to provide him with an inappropriate diet and had continued to disregard his need for a medical specialist. Accordingly, he prayed for an Order compelling the defendants to transfer him to a different institution. Notwithstanding, inasmuch as the plaintiff has now apparently been released from confinement and so does not face the alleged wrongdoing of the defendants, it is clear that his claim for injunctive relief has been rendered moot. Accordingly,

**IT IS ORDERED** that the plaintiff's motion for preliminary injunctive relief, rec.doc.no. 99, be and it is hereby **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 19th day of March, 2008.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT