UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLIFFORD WILLIAMS (#123285)

VERSUS

CHARLENE HAYDEL, ET AL

CIVIL ACTION

NO. 07-62-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 28, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' motions for partial summary judgment (rec. doc. nos. 26 and 94) are granted in part, dismissing for failure to exhaust administrative remedies the plaintiff's claims asserted against defendants Donald Johnson and Michael Hegmann. Further, the plaintiff's motions for summary judgment (rec. doc. nos. 53 and 109) and the defendant's motions to dismiss (rec.doc. nos. 24, 105 and 112) are denied, and this matter is referred back to the Magistrate Judge for further proceedings in connection with the plaintiff's claim that defendants Jonna Nickens, Lora Rodriguez and Charlene Haydel were deliberately indifferent to his serious medical

needs by failing to provide an appropriate diet for his medical condition.

Baton Rouge, Louisiana, July 7, 2008.

                                                RALPH E. TYSON, CHIEF JUDGE
                                                MIDDLE DISTRICT OF LOUISIANA